UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-179-T-17EAJ

ANTHONY MINA WAHBA.

_____/

ORDER

This cause is before the Court on:

Dkt. 46   Motion to Amend Judgment

Pursuant to Fed. R. Crim. P. 36, the United States of America moves the Court to enter an Order amending the Judgment in this case to specify priority as to distribution of restitution. The United States of America requests that first priority for distribution of restitution be given to International Diamond Center, and second priority be given to Jeweler's Mutual Insurance Company.

In addition to a term of incarceration followed by supervised release, the Court ordered payment of $699,300.71 in restitution based on losses suffered by a victim jewelry store, International Diamond Center, and the jeweler's insurer, Jeweler's Mutual Insurance Company (Dkt. 39).

Fed. R. Crim. P. 36 provides that a court "may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Rule 36 may not be used to make a substantive correction or alteration to a criminal sentence, but is appropriately used to correct uncontroversial errors. United States v. Portillo, 363 F.3d 1161, 1164 (11th Cir. 2004).

Case No. 8:14-CR-179-T-17EAJ

The entry of an amended judgment establishing the priority of restitution disbursements will permit the Clerk of Court to disburse restitution in accordance with 18 U.S.C. Sec. 3664(j)(1), and will allow the United States of America to continue to pursue possible restoration of seized funds for restitution on behalf of the victims. The total restitution amount will not change, and the requested amendment will not make Defendant Wahba's sentence any more or less onerous to Defendant.

After consideration, the Court grants the Motion to Amend Judgment. Accordingly, it is

**ORDERED** that the Motion to Amend Judgment (Dkt. 46) is **granted**, and the Clerk of Court shall enter an amended judgment which specifies:

> The International Diamond Center shall be given first priority for restitution disbursement purposes; the insurer, Jeweler's Mutual Insurance Company, shall be given second priority for restitution disbursement purposes.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 10th day of February, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record